1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                              No. 2:23-cv-02421-TLN-KJN
        IN RE:  STEVEN WAYNE BONILLA
12                                              No. 2:23-cv-02422-TLN-KJN

13                                              No. 2:23-cv-02424-TLN-KJN

14                                              No. 2:23-cv-02425-TLN-KJN

15                                              No. 2:23-cv-02427-TLN-KJN

16                                              No. 2:23-cv-02429-TLN-KJN

17                                              No. 2:23-cv-02431-TLN-KJN

18                                              No. 2:23-cv-02432-TLN-KJN

19                                              No. 2:23-cv-02433-TLN-KJN

20                                              No. 2:23-cv-02434-TLN-KJN

21                                              **ORDER**

22

23

24          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

25    above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

26    litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

27    proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

28    Alameda County.  (*See Bonilla v. Fresno County*, Case No. 2:18-cv-2544-TLN-KJN, ECF No.

                                              1

1    13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

2    the Court to open a new case for each attempted new case pleading and assign it to the

3    undersigned and Magistrate Judge Kendall J. Newman.  (*Id.* at ECF No. 26).  If the Court

4    determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case

5    will be ordered dismissed and closed.  (*Id.*)

6         The Court has reviewed the complaints/petitions filed in the above-captioned cases and

7    finds they are related to Plaintiff's Alameda County criminal conviction.

8         Accordingly, the complaints/petitions in Case Nos. 2:23-cv-02421, 2:23-cv-02422, 2:23-

9    cv-02424, 2:23-cv-02425, 2:23-cv-02427, 2:23-cv-02429, 2:23-cv-02431, 2:23-cv-02432, 2:23-

10   cv-02433 and 2:23-cv-02434 are hereby DISMISSED.  The Clerk of the Court is directed to close

11   these cases.  No further filings will be accepted.

12        IT IS SO ORDERED.

13        Dated:   January 16, 2024

14

15

16   _____

17   Troy L. Nunley
     United States District Judge

18

19

20

21

22

23

24

25

26

27

28